AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

E-filing

FILED 2010 OCT 21 P 1:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 10 0771 JSW

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Not more than 10 years imprisonment
Not more than $250,000 fine
Not more than 3 years supervised release
$100 special assessment

**DEFENDANT - U.S**

▶ OMAR ALEMAN

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SA Price Richardson, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WILLIAM FRENTZEN

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction   ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR 10 0771

UNITED STATES OF AMERICA,

V.

OMAR ALEMAN,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm;

---

A true bill.

_____
Foreman

Filed in open court this 21st day of October 2010

KAREN L. HOM
Clerk

Bail, $ no bail arrest wnt

1 | MELINDA L. HAAG (CABN 132612)
United States Attorney

FILED
2010 OCT 21 P 1:45
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10 0771 JSW

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 922(g)(1) – |
| | ) Felon in Possession of Firearm |
| v. | ) |
| | ) SAN FRANCISCO VENUE |
| OMAR ALEMAN, | ) |
| | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 922(g) - Felon in Possession of a Firearm

On or about July 4, 2010, in the Northern District of California, the defendant,

OMAR ALEMAN,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically an Iver Johnson's Arms and Cycle Works .38 caliber revolver, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

INDICTMENT

DATED: October 21, 2010

A TRUE BILL.

_____
FOREPERSON

MELINDA L. HAAG
United States Attorney

_____
WILLIAM FRENTZEN
Acting Chief, Organized Crime Strike Force

(Approved as to form: _____)
AUSA FRENTZEN

INDICTMENT                               2